506 P.2d 267

**Kenneth LANDRETH, Petitioner,**

**v.**

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**John T. Sefferovich Construction Company, Respondent Employer,**

**State Compensation Fund, Respondent Carrier.**

**No. 1 CA–IC 844.**

Court of Appeals of Arizona, Division 1, Department B.

Feb. 27, 1973.

Hal Howard, Tucson, for petitioner.

William C. Wahl, Jr., Chief Counsel, Phoenix, for The Industrial Commission of Arizona.

George B. Morse, Tucson, for respondents Employer and Carrier.

Robert K. Park, Chief Counsel, Phoenix, for State Compensation Fund.

**228**

EUBANK, Judge.

By writ of certiorari, the petitioner questions the lawful determination by the Commission of his average monthly wage of $696.22 and contends that it should be $864.12. The respondent carrier concedes that the petitioner is correct and the average monthly wage should be $864.12. The award is therefore set aside.

JACOBSON, C. J., Division 1, and HAIRE, J., concur.